**DISMISS and Opinion Filed December 16, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00562-CV**

**TERRY WILLS, Appellant**
**V.**
**1901 HARWOOD LLC, Appellee**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-22-01953-A**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Reichek
Opinion by Justice Reichek

After appellant failed to respond to our inquiry regarding the reporter's record, we ordered this appeal submitted without a reporter's record and for appellant's brief to be filed by November 3, 2022. On November 7, 2022, we notified appellant the time for filing appellant's brief had expired and directed appellant to file the brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed a brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* Tex. R. App. P. 38.8 (a)(1); 42.3(b), (c).

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

220562F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

TERRY WILLS, Appellant

No. 05-22-00562-CV     V.

1901 HARWOOD LLC, Appellee

On Appeal from the County Court at Law No. 1, Dallas County, Texas
Trial Court Cause No. CC-22-01953-A.
Opinion delivered by Justice Reichek. Chief Justice Burns and Justice Molberg participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered December 16, 2022